UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRADLEY ALLISON WERNER, JR.,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>NEW YORK COUNTY, NEW YORK CITY,<br><br>　　　　　　　　　　Defendants. | 24-CV-6284 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

　　On October 9, 2024, the Court received a letter from Plaintiff, advising that he wishes to withdraw this complaint, without prejudice to the matter pending under docket number 24-CV-4186 (LTS). (ECF 1.) The Court grants Plaintiff's request to withdraw this action, and the complaint is dismissed without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure.

　　The Clerk of Court is directed not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff is directed to suspend any previously authorized monetary deduction from Plaintiff's prison trust account for this lawsuit.

　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

　　SO ORDERED.

Dated:　October 10, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　Chief United States District Judge